# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Bricklayers and Allied Craftworkers
Service Corporation, a Minnesota nonprofit
corporation,

                    Plaintiff,            Civil Action No. 22-cv-2003 (KMM-TNL)

vs.

O'Hara Masonry, Inc., a South Dakota
Business Corporation,

                    Defendants.

## ORDER

This matter came on before the Court upon the motion of the Plaintiff for an order for entry of judgment on the attorney's fees and costs contempt sanctions awarded to Plaintiff and against Defendant O'Hara Masonry, Inc. and its sole owner and officer Michael J. O'Hara, jointly and severally, in the Court's July 18, 2023 Order [ECF No. 35] and June 17, 2024 Order on Further Sanctions [ECF No. 54].

**IT IS HEREBY ORDERED that:**

1. Plaintiff's Motion is **GRANTED**.

2. Plaintiff is entitled to judgment against O'Hara Masonry, Inc. and Michael J. O'Hara, jointly and severally, in the total amount of $7,283.50.

3. The judgment granted herein is in addition to and does not replace or amend the Judgment entered against O'Hara Masonry, Inc. on February 21, 2023.

2

Date: February 5, 2025                    *s/Katherine Menendez*
                                          Katherine Menendez
                                          United States District Court